# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2016

Robert P. Young, Jr.,
Chief Justice

152009 & (16)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                SC: 152009
                                COA: 326863
HENRY GLENN, JR.,
     Defendant-Appellant.              Kalamazoo CC: 2012-000727-FH

_____/

On order of the Court, the application for leave to appeal the May 29, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016

d0516



Clerk